■ MOHAMMED AL-KHILEWI, Appellant, v TYRON R. TURMAN, Respondent. [919 NYS2d 361]—

The Supreme Court providently exercised its discretion in denying the plaintiff's cross motion for leave to amend the bill of particulars. The amendment added a claim of exacerbation of preexisting disc herniations, and would require the defendant to reorient his defense strategy (*see Barrera v City of New York*, 265 AD2d 516, 518 [1999]; *Markarian v Hundert*, 262 AD2d 369, 370 [1999]). Moreover, the plaintiff failed to offer a reasonable excuse for his delay in seeking to amend the bill of particulars until over two years after the accident and after the note of issue was filed (*see Barrera v City of New York*, 265 AD2d at 518; *Orros v Yick Ming Yip Realty*, 258 AD2d 387 [1999]; *Kyong Hi Wohn v County of Suffolk*, 237 AD2d 412 [1997]).

The defendant established, prima facie, that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345, 352 [2002]; *Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]). In opposition, the plaintiff failed to raise a triable issue of fact. Accordingly, the Supreme Court properly granted the defendant's motion for summary judgment dismissing the complaint. Rivera, J.P., Florio, Dickerson, Hall and Roman, JJ., concur.